ACCEPTED
03-15-00440-CV
6143512
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 4:33:39 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-15-00440-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/20/2015 4:33:39 PM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS**

RAYMOND COX, JR., AND TAMESA COX, et al.
*Appellants*,

v.

GMAC MORTGAGE. LLC,
*Appellee*.

Appeal from the County Court at Law Number Three
Bell County, Texas (Case No. 74,283)

**APPELLEE'S NOTICE OF ATTORNEY IN CHARGE**

Respectfully submitted,

By: Paul A. Hoefker
Texas Bar No. 09772800
ALDRIDGE PITE, LLP*
550 Westcott, Suite 560
Houston, Texas 77007
713-293-3618 phone
858-412-2773 fax
phoefker@aldridgepite.com

*Pite Duncan, LLP, has changed is
name to Aldridge Pite, LLP

APPELLEE'S NOTICE OF ATTORNEY IN CHARGE

## APPELLEE'S NOTICE OF ATTORNEY IN CHARGE

TO THE HONRABLE COURT OF APPEALS:

Attorney Paul A. Hoefker hereby give his notice of appearance in this matter as attorney for appellee, GMAC Mortgage, LLC, and notifies the Court that he will be the attorney in charge for this client in this matter. Attorney Olga Panchenko has left the firm; therefore, Paul A. Hoefker is now designated as the attorney in charge for GMAC Mortgage, LLC, in this appeal. Further, Pite Duncan, LLP, has changed its name to Aldridge Pite, LLP.

Respectfully submitted,

_Paul A. Hoefker_

By: Paul A. Hoefker
Texas Bar No. 09772800
ALDRIDGE PITE, LLP
550 Westcott, Suite 560
Houston, Texas 77007
713-293-3618 phone
858-412-2773 fax
phoefker@aldridgepite.com

ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served in accordance with the Rule 9.5 of the Texas Rules of Appellate Procedure on July 20, 2015, to:

Michael Brinkley, Appellants' attorney, via fax at 888-511-0946.

_Paul A. Hoefker_

Paul A. Hoefker